Roderick Demeatrice OAKS, Petitioner–Appellant,

v.

Harold CLARK, Director, Respondent–Appellee.

No. 14–6980.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 23, 2014.

Decided: Sept. 26, 2014.

Roderick Demeatrice Oaks, Appellant Pro Se. Leah A. Darron, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roderick Demeatrice Oaks seeks to appeal the magistrate judge's recommendation to dismiss Oaks' 28 U.S.C. § 2254 (2012) petition. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Oaks seeks to appeal is neither a final order nor an appealable

interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*